NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1081

IN RE ACACIA MEDIA TECHNOLOGIES CORPORATION

-----------------------------------------------------------------

ACACIA MEDIA TECHNOLOGIES CORPORATION,

Plaintiff-Appellant,

v.

MEDIACOM COMMUNICATIONS CORPORATION,
BRESNAN COMMUNICATIONS LLC, and CEBRIDGE CONNECTIONS,

Defendants-Appellees,

and

HOSPITALITY NETWORK, INC. and COXCOM, INC.,

Defendants-Appellees,

and

CHARTER COMMUNICATIONS, INC.,

Defendant-Appellee,

and

THE DIRECTV GROUP, INC.,

Defendant-Appellee,

and

ECHOSTAR SATELLITE LLC and
ECHOSTAR TECHNOLOGIES CORPORATION,

Defendants-Appellees,

and

MID-CONTINENT MEDIA, INC., US CABLE HOLDINGS LP, SJOBERG'S CABLEVISION, INC., SAVAGE COMMUNICATIONS INC., LORETEL CABLEVISION, CANNON VALLEY COMMUNICATIONS, INC., and ARVIG COMMUNICATIONS SYSTEMS,

Defendants-Appellees,

and

COMCAST CABLE COMMUNICATIONS, LLC and INSIGHT COMMUNICATIONS COMPANY, INC.,

Defendants-Appellees,

and

CSC HOLDINGS, INC.,

Defendant-Appellee,

and

ARMSTRONG GROUP, WIDE OPEN WEST LLC, EAST CLEVELAND CABLE TV AND COMMUNICATIONS LLC, and MASSILLON CABLE TV INC.,

Defendants-Appellees,

and

BLOCK COMMUNICATIONS INC.,

Defendant-Appellee,

and

GAME LINK INC., ACMP LLC, CYBERNET VENTURES INC., GLOBAL AVS INC., NATIONAL A-1 ADVERTISING INC., AEBN INC., ADEMIA MULTIMEDIA LLC, AUDIO COMMUNICATIONS INC., CYBER TREND INC., INNOVATIVE IDEAS INTERNATIONAL LTD. (d.b.a. Adult Revenue Services), LIGHTSPEED MEDIA GROUP INC., NEW DESTINY INTERNET GROUP LLC, and VS MEDIA INC.,

Defendants-Appellees,

and

2010-1081

ASKCS.COM INC.,

Defendant-Appellee,

and

OFFENDALE COMMERCIAL LIMITED BV,

Defendant-Appellee,

and

INTERNATIONAL WEB INNOVATIONS INC.,

Defendant-Appellee,

and

CABLE AMERICA CORP.,

Defendant-Appellee,

and

CABLE ONE INC.,

Defendant-Appellee,

and

NPG CABLE INC.,

Defendant-Appellee,

and

TIME WARNER CABLE, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Northern District of California in case no. 05-CV-1114 and MDL case no. 05-1665, Judge James Ware.

ON MOTION

2010-1081

## O R D E R

Upon consideration of the motion to withdraw Elizabeth A. Richardson as counsel for EchoStar Satellite LLC and EchoStar Technologies Corporation,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAR 1 7 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Roderick G. Dorman, Esq.
Jonathan E. Singer, Esq.
Bobby T. Shih, Esq.
Bradford P. Lyerla, Esq.
Mitchell D. Lukin, Esq.
Benjamin Hershkowitz, Esq.
Annamarie A. Daley, Esq.
David J. Silbert, Esq.
Rachel Krevans, Esq.
Victor Stanley de Gyarfas, Esq.
James M. Slominski, Esq.
Gregory A. Castanias, Esq.
David S. Benyacar, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**MAR 1 7 2010**

JAN HORBALY
CLERK

2010-1081